# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOON RHEY,<br><br>    Plaintiff,<br><br>v.<br><br>INFEOMA OGBUEHI, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00718-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 8, 15] |

Plaintiff Choon Rhey is a state prisoner proceeding pro se in this civil rights matter pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2017, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion for a preliminary injunction and temporary restraining order to restore his single-cell status be denied. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty days. (ECF No. 15.) More than thirty days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on September 21, 2017 (ECF No. 15) are adopted in full; and

2. Plaintiff's motion for a preliminary injunction and temporary restraining order filed on June 22, 2017 (ECF No. 8) is denied.

IT IS SO ORDERED.

Dated: November 17, 2017

SENIOR DISTRICT JUDGE